**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| WILLIE JEROME PARKS, | : | |
| | : | |
| Movant, | : | CRIMINAL ACTION NO. |
| | : | 1:06-CR-00076-RWS |
| v. | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | 1:11-CV-3841-RWS |
| | : | |
| Respondent . | | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [187] of Magistrate Judge Alan J. Baverman. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Movant's Section 2255 Motion to Vacate, Set Aside, or Correct His Federal Sentence [174] is **DENIED**, and Movant's Motion for Summary Judgment [186] is **DENIED**, **AS MOOT**. It is further **ORDERED** that a certificate of appealability be **DENIED**.

**SO ORDERED** this  25th  day of October, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)